08 APR 16 PM 4: 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury **08 CR 1193    DMS**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., |
| RICARDO PALMER (1), | ) | Sec. 1324(a)(2)(B)(ii) - |
| JANEEN OCHOA (2), | ) | Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., |
| ANNABELLE MORAIRA (3), | ) | Sec. 1324(a)(2)(B)(iii) - |
| Defendants. | ) | Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., |
| | ) | Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about April 4, 2008, within the Southern District of California, defendants RICARDO PALMER, JANEEN OCHOA and ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Vega-Juarez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WMC:nlv:San Diego
4/14/08

<u>Count 2</u>

On or about April 4, 2008, within the Southern District of California, defendants RICARDO PALMER, JANEEN OCHOA and ANNABELLE MORAIRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Vega-Juarez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: April 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
W. MARK CONOVER
Assistant U.S. Attorney

2