1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  michelle_betancourt@fd.org

5  Attorneys for Mr. Palmer

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case: 08CR1193-DMS **(RBB)** |
|---|---|---|
| Plaintiff, | ) | Date: TBD |
|  | ) | Time: TBD |
|  | ) |  |
| v. | ) | **MOTION TO MODIFY BAIL CONDITIONS** |
| RICARDO PALMER, | ) |  |
| Defendant. | ) |  |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY:

Ricardo Palmer, by and through his counsel, Michelle Betancourt, and Federal Defenders of San Diego, Inc., pursuant to 18 U.S.C. § 3142(c)(2) and (3), requests that this Court modify the condition of release to include the condition that the bond be secured by either (1) the co-signatures of two financially responsible adults in the amount of $15,000 or (2) one signature of a financially responsible adult in the amount of $25,000.

                                    Respectfully submitted,


                                    */s/Michelle Betancourt*
Dated: April 28, 2008               **MICHELLE BETANCOURT**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Palmer