| UNITED STATES DISTRICT COURT | ) | AUSA Bond Approval:_____ |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **APPEARANCE BOND** |
| vs. | ) | **FOR CASE NUMBER**   08 MJ 1064-01 |
| | ) | |
| **RICARDO PALMER** | ) | |

  I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $__**20,000.00**__, and there has been deposited in the Registry of the Court the sum of $____**00.00**____ in cash or the amount of the bond is secured by _____**signature of two financially responsible adults**_____. (describe other security)

  The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

  If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

  It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

  This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on __04-18__, 20_08_, at __S.D. Ca.__.

Defendant's Signature: __Attached__

1 Surety's Signature: __MARGARITA PALMER__

2 Surety's Signature: __Mim D Palmer__

Signature of Witness of Surety' Signature: _____

Signed and acknowledged before me, the witness, on __04-18-__, 20 _08_.

Approved: _____, Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

**UNITED STATES DISTRICT COURT** )  AUSA Bond Approval:_____
**UNITED STATES OF AMERICA** )
                              )  **APPEARANCE BOND**
vs.                           )  FOR CASE NUMBER  08 mj 1064-01
Ricardo Palmer                )
_____ )

    I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay the United States of America the sum of $ 20,000 , and there has been deposited in the Registry of the Court the sum of $ 0 in cash or the amount of the bond is secured by 2 FRA'S . (describe other security)

    The conditions of this bond are that the defendant is to appear as ordered by the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by a Federal Judge or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by a Federal Judge or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions of pretrial release set forth in the order filed in this matter and a part of the record therein are further conditions of this bond.

    If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

    It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated by court order.

    This appearance bond fully incorporates by this reference each surety addendum attached hereto for those Sureties to this bond.

This bond signed on 04/07 , 2008, at S.D. CA .

Defendant's Signature: X Ricardo Palmer

Surety's Signature:_____

Surety's Signature:_____

Signature of Witness of Surety' Signature:_____

Signed and acknowledged before me, the witness, on 04-07 , 20 08 .

Approved:_____ , Federal Judge

K:\COMMON\CSA\forms\2005\BondForms.wpd

## ADVICE OF PENALTIES AND SANCTIONS

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, and a prosecution for contempt as provided in 18 U.S.C. § 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant fails to appear or surrender and the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 04/07/08         _Ricardo Peña_
                       Signature of Defendant

K:\COMMON\CSA\forms\2005\BondForms.wpd

**AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)**

I, _____, on oath say that the $ _____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

**JUSTIFICATION OF SURETY AND SURETY AGREEMENT**

I, _MARGARITA BAKER_ the undersigned surety, declare under penalty of perjury, that my net worth is the sum of $ __at least $20,000.00__ and that I have read and understand this two page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court. If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me. If judgment is entered against me a Judgment Lien will be filed with the County Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _MARGARITA BAKER_   Date: _4-18-08_

Printed name and address of witness to surety's signature: _Tim Garrison_

225 Broadway ste 900 San Diego CA 92101/ Federal Defenders of S.D. Inc

Signature of witness: _____   Date: _04-18-08_

AUSA_____(initials)          DEFENSE ATTORNEY____(initials)

Page 2 of 2   Surety Addendum

## AFFIDAVIT BY OWNER OF CASH SECURITY (complete if applicable)

I, _____, on oath say that the $ _____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the address listed on page one of this surety addendum upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

## JUSTIFICATION OF SURETY AND SURETY AGREEMENT

I, Michael P Palmer, the undersigned surety, declare under penalty of perjury, that my net worth is the sum of $ at least $20,000.00 and that I have read and understand this two page Surety Addendum in its entirety. I further understand that by signing the appearance bond and this surety addendum to the appearance bond, I will be responsible for the defendant's appearances in court and the defendant's compliance with all conditions of release as ordered by the court. If the defendant does not appear or comply with the conditions of release, I will be required to pay the amount of the bond, any security I have posted may be taken by the Government to satisfy the bond, and a judgment may be entered against me. If judgment is entered against me a Judgment Lien will be filed with the County Recorder in all appropriate counties for the full amount of the bond.

I declare under the penalty of perjury that all information contained in this bond and on this Surety Addendum is true, accurate, and complete. (Penalty for false statements: $250,000 fine and/or five years imprisonment, 18 U.S.C. § 1001.)

Signature of surety: _M. P Palmer_____ Date: 04-18-08

Printed name and address of witness to surety's signature: Tim Garrison

225 Broadway ste 900 San Diego Ca 92101/ Federal Defenders of S.D. Inc

Signature of witness: _____ Date: 04-18-08

AUSA____(initials)     DEFENSE ATTORNEY____(initials)

Page 2 of 2    Surety Addendum

CASE NAME: United States v **RICARDO PALMER**   CASE NO. __08 MJ 1064-01__

**SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)**
(Use separate addendum for each surety)

**ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY**

Surety's Name: _Margarita Palmer_
Date of Birth: _10-24-1958_  S.S.# _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_
Immigration Status: _L.P.R._  "A" Number _090-850-220_
Home address: _652 Claydelle Ave, El Cajon CA 92104_  Home Phone: _(619) 248-1348_
Surety's relationship to defendant: _Mother_

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: _Marriott Hotel_
Employer's address: _W. Harbor Dr. San Diego CA_
Length of employment: _4 yrs_  Work phone: _(619) 234-1500_
Monthly salary (gross): $ _1,627.40_

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: _____

Amount of additional income: $ _____

**REAL PROPERTY OWNED: (if more than one piece of property is owned please use additional sheet)**

Address: _____

Value of Property: $ _____  Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____ Appraisal? _____

AUSA _____ (initials)   SURETY _MP_ (initials)

Page 1 of 2   Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd





## Paystub 1

MARGARITA PALMER

| WEEK ENDING DATE | HKS | CHECK NUMBER | EMPL ID |
|---|---|---|---|
| 04/04/08 | 2 | 0082569924 | 1359508 |

RETAIN FOR TAX PURPOSES

| DIV | MAIN | SUB | SUB UNITS |
|---|---|---|---|
| 33 | 7J8 | U1 | |

### PAYMENTS

| OCCUP. | DESCR. | RATE | HRS/DAYS | AMOUNT |
|---|---|---|---|---|
| 114800 | RATE 1 | 10.140 | 72.0 | 730.08 |
| BEFORE TAX DEDUCTION | | | | -44.00 |

TOTAL: 686.08

YTD. FED. WAGES: 5646.12
YTD. FICA WAGES: 5646.12

### TAX DEDUCTIONS

| DESCR. | AMOUNT | YTD |
|---|---|---|
| FIT | 24.34 | 210.52 |
| FICA | 52.48 | 431.92 |
| ST CA | 5.12 | 45.28 |
| CA SDI | 5.49 | 45.17 |

TOTAL: 87.43

EXEMPTIONS: FED 1 / ST 1
EXEMPT STATUS: FED 00 / ST 00

AVAILABLE LEAVE HOURS: 54
HOURS SICK: 0

PAY CYCLE BEGIN: 03/22/2008
PAY CYCLE END: 04/04/2008

### DEDUCTIONS-BACKCHARGES-MEMO ITEMS

| DESCR. | DEDN. AMT. | MEMO/BK CHG AMT. |
|---|---|---|
| MED | BEFORTX | 44.00 |

TOTAL: .00

THE NEW PLEASANTON MARRIOTT
NEWLY RENOVATED; OAKMC
LOCATED NEAR SAN FRANCISCO
ASSOC. RATES AVAILABLE FROM $49

NET AMOUNT: $****598.65

PLEASE VERIFY YOUR NAME AND ADDRESS ON YOUR PAYCHECK.
GO TO WWW.4MYHR.COM AND ACCESS THE MY INFORMATION TAB TO MAKE CHANGES.

---

## Paystub 2

MARGARITA PALMER

| WEEK ENDING DATE | HKS | CHECK NUMBER | EMPL ID |
|---|---|---|---|
| 03/21/08 | 2 | 0082525396 | 1359508 |

RETAIN FOR TAX PURPOSES

| DIV | MAIN | SUB | SUB UNITS |
|---|---|---|---|
| 33 | 7J8 | U1 | |

### PAYMENTS

| OCCUP. | DESCR. | RATE | HRS/DAYS | AMOUNT |
|---|---|---|---|---|
| 114800 | RATE 1 | 10.140 | 72.0 | 730.08 |
| 114800 | SOLDRM | | | 8.00 |
| | VAC LV | 10.140 | 8.0 | 81.12 |
| BEFORE TAX DEDUCTION | | | | -44.00 |

TOTAL: 775.20

YTD. FED. WAGES: 4960.04
YTD. FICA WAGES: 4960.04

### TAX DEDUCTIONS

| DESCR. | AMOUNT | YTD |
|---|---|---|
| FIT | 33.26 | 186.18 |
| FICA | 59.30 | 379.44 |
| ST CA | 6.78 | 40.16 |
| CA SDI | 6.20 | 39.68 |

TOTAL: 105.54

EXEMPTIONS: FED 1 / ST 1
EXEMPT STATUS: FED 00 / ST 00

AVAILABLE LEAVE HOURS: 51
HOURS SICK: 0

PAY CYCLE BEGIN: 03/08/2008
PAY CYCLE END: 03/21/2008

### DEDUCTIONS-BACKCHARGES-MEMO ITEMS

| DESCR. | DEDN. AMT. | MEMO/BK CHG AMT. |
|---|---|---|
| MED | BEFORTX | 44.00 |

TOTAL: .00

EXPERIENCE THE NEW COURTYARD
LOBBY AT GOCOURTYARD.COM. VIEW
GUEST IMPRESSIONS, COMMENTS
VIDEO TOURS AND COURTYARD NEWS.

NET AMOUNT: $****669.66

PLEASE VERIFY YOUR NAME AND ADDRESS ON YOUR PAYCHECK.
GO TO WWW.4MYHR.COM AND ACCESS THE MY INFORMATION TAB TO MAKE CHANGES.

CASE NAME: United States v **RICARDO PALMER**   CASE NO. __08 MJ 1064-01__

SURETY ADDENDUM TO APPEARANCE BOND ( 2 pages)
(Use separate addendum for each surety)

**ATTACH PHOTOCOPIES OF TWO PIECES OF IDENTIFICATION,
INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY**

Surety's Name: Michael P Palmer

Date of Birth: 12/28/81   S.S.# 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

Immigration Status: US Citizen   "A" Number: _____

Home address: 652 Claydelle Ave El Cajon, CA 92104

Home Phone: 619-248-1348

Surety's relationship to defendant: Brother

**EMPLOYMENT AND SALARY INFORMATION:**

Employer's name: Drew Ford

Employer's address: 8670 Grossmont Blvd

Length of employment: 3 yrs   Work phone: 619-668-9235

Monthly salary (gross): $ 1100

**ADDITIONAL INCOME INFORMATION: (complete if applicable)**

Source of additional income: 401 K Plan

Amount of additional income: $ 1,000

**REAL PROPERTY OWNED:** (if more than one piece of property is owned please use additional sheet)

Address: _____

Value of Property: $ _____   Equity in property: $ _____

Holder(s) of trust deed(s): _____

Are payments/taxes current? _____

Is proof of surety's title to property attached? _____   Appraisal? _____

AUSA _____ (initials)   SURETY MP (initials)

Page 1 of 2   Surety Addendum

K:\COMMON\CSA\forms\2005\BondForms.wpd





DREW FORD/VOLKSWAGEN/HYUNDAI · LA MESA, CA 91941

MICHAEL PHILLIP PALMER          EMP # 997281

CHECK # 00144356   CHK DATE 03/20/08
PERIOD: FROM 03/01/08 THRU 03/15/08   HIRED 04/06/05
RATE/SALARY   10.25
DEPT 805465-PTGEN   PTGEN
W/H ALLOW/STATUS:   FED 1 S   ST 1 S

| EARNINGS | HRS | CURRENT | Y-T-D |
|---|---|---|---|
| REGULAR | 80.00 | 820.00 | 5,038.08 |
| OVERTIME | 24.03 | 369.58 | 1,693.34 |
| HOLIDAY | .00 | | 164.00 |

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| A/R | | |
| P/T HEALTHX2 | 97.42 | 552.98 |
| 401k | 71.37 | 413.72 |
| UNUM | 8.19 | 49.14 |

| TAXES | CURRENT | Y-T-D |
|---|---|---|
| FICA-OASDI | 67.71 | 393.17 |
| FEDERAL W/H TAX | 98.74 | 562.90 |
| FICA-HI | 15.84 | 91.95 |
| CALIFORNI W/H | 14.72 | 80.45 |
| CALIFORNI DISAB | 8.74 | 50.73 |

EMP # 997281

| | CURRENT | Y-T-D |
|---|---|---|
| TOTAL EARNINGS | 1,189.58 | 6,895.42 |
| TOTAL DEDUCTS | 176.98 | 1,074.77 |
| TOTAL TAXES | 205.75 | 1,179.20 |
| ** NET PAY *** | 806.85 | 4,641.45 |

ACCRUED TIME-OFF AVAILABLE
VACATION   112.00 HOURS

THIS IS A GREAT TIME TO BUY OR
LEASE A NEW OR USED FORD, VW OR
HYUNDAI FROM US!

```
MICHAEL PHILLIP PALMER                          DREW FORD/VOLKSWAGEN/HYUNDAI, LA MESA, CA 91942

                            EMP #   997281       REGULAR      88.00   702.00   5,540.08
CHECK # 00144849  CHK DATE 04/04/08              OVERTIME     14.10   216.86   1,910.20
PERIOD: FROM 03/16/08 THRU 03/31/08              HOLIDAY        .00              164.00
RATE/SALARY           10.25 HIRED 04/06/05
DEPT 805466-PTGEN           PTGEN
W/H ALLOW/STATUS: FED 1 S  ST 1 S                        DEDUCTIONS          CURRENT      Y-T-D
                                                         A/R                              57.93
         TAXES          CURRENT      Y-T-D               P/T HEAL THX2       67.42       651.40
       FICA-OASDI        63.33      456.50               401k                57.13       480.85
       FEDERAL W/H TAX   88.77      651.67               UNUM                 8.19        57.33
       FICA-HI           14.81      106.76
       CALIFORNI W/H     12.06       92.51
       CALIFORNI DISAB    8.17       58.90


** NET PAY ***          758.78    5,400.43


EMP #   997281          CURRENT      Y-T-D
TOTAL EARNINGS         1,118.86   8,014.28
TOTAL DEDUCTS            172.74   1,247.51
TOTAL TAXES              187.14   1,366.34


ACCRUED TIME-OFF AVAILABLE
VACATION             112.00 HOURS


TELL YOUR FRIENDS AND NEIGHBORS
ABOUT THE HUGE F-150 RED TAG SALE
GOING ON NOW WITH DEEP DISCOUNTED
PRICES!!!
395392031
```

CASE NAME: United States v **RICARDO PALMER**   CASE NO. **08 MJ1064-01**

## BAIL INFORMATION SHEET

**Defendant Information:**

Name: **RICARDO PALMER**

Date of Birth: **09/24/1985**    S.S.#: **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**

Immigration status: **U.S. Citizen**    "A" Number:

Home address: **17249 N 7th. ST. APT # 1076 PHOENIX ARIZONA 85022**

Home phone:

Employer's name: **UNEMPLOYED**

Employer's address:

Length of employment:    Work phone:

Name(s), address(es), and phone number(s) of person(s) with whom defendant will live during pendency of case. Michael Palmer - Dad, Michael Palmer - Brother, Margarita Palmer - Mom, Ricardo Palmer - Son 652 Claydelle ave, CA

Name(s) address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant; aside from sureties on this bond.

Jessie gonzalez · 614-232-3262

Defense Attorney Information:

Name: **MICHELLE BETANCOURT**    Address: **FEDERAL DEFENDERS OF SAN DIEGO**

**225 BROADWAY STE 900 SAN DIEGO CA 92101**    Phone: **619) 234-8467**

AUSA_____(initials)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, ) CRIMINAL CASE NO. 08 MJ 1064
v.
Ricardo Palmer (01)
~~Hamon~~ Defendant. ) ORDER AND CONDITIONS OF PRETRIAL
RELEASE: BAIL (18 U.S.C. § 3142(c))

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C. § 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C. § 3142(c). *Good cause appearing,* IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C. § 3142(c)(2):*

## STANDARD CONDITIONS:

✓ 1. restrict travel to ❏ San Diego County, ❏ Southern District of California, ❏ Central District of California, ☑ State of California, ❏ United States, ❏ do not enter Mexico, ❏ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:

✓ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
  ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❏ active ❏ passive, including, release of defendant to PSA custody; and ❏ residence restrictions and/or ❏ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
  ❏ submit to supervision and custody of _____; and/or
  ❏ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;
___ 10. actively seek and maintain full-time employment, schooling, or combination of both;
✓ 11. execute a personal appearance bond in the amount of $ 20,000 P/S secured by:
  ❏ a trust deed to the United States on real estate approved by a Federal Judge;
  ☑ the co-signatures of two _____ financially responsible (related) adults;
  ❏ Nebbia Hearing ❏ Exam of Sureties ❏ other: _____
___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within ____ days of release.
___ 15. all conditions previously set will remain the same.
___ 16. other conditions: _____

DATED: 4/7/08

_____
Federal Judge

cc: Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b (Rev. 8/04)