1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Palmer

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE DANA M. SABRAW)**

11 UNITED STATES OF AMERICA,        )   Case No. 08cr1193-DMS
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )   PROOF OF SERVICE
                                    )
14 **RICARDO PALMER,**              )
                                    )
15         Defendant.                )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         CAROLINE HAN, Assistant United States Attorney
           efile.dkt.gc1@usdoj.gov
21

22 Dated: May 12, 2008                      _s/ *Michelle Betancourt*_
                                            MICHELLE BETANCOURT
23                                          Federal Defenders
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
25                                          (619) 687-2666 (fax)
                                            e-mail: michelle_betancourt@fd.org
26

27

28