**MICHELLE BETANCOURT**
California State Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 ext. 3737
Attorneys for Defendant Manuel Chavez-Casares

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08MJ1064 |
| | ) | 08CR1193-DMS |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR ORDER |
| v. | ) | MODIFYING CONDITIONS OF |
| | ) | PRE-TRIAL RELEASE |
| **RICARDO PALMER**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the conditions of pretrial release for the above-captioned defendant be modified to allow the defendant to travel to Arizona on Friday May 30, 2008 and return on Saturday May 31, 2008. Pretrial Officer Kim Hilton, has no objections to this request.

All other conditions shall remain as previously set by the Court.

**SO STIPULATED**.

Dated: _____          *s/ Michelle Betancourt*
                        MICHELLE BETANCOURT
                        Federal Defenders of San Diego, Inc.
                        Attorneys for Ricardo Palmer


Dated: _____          *s/ Caroline P. Han*
                        CAROLINE P. HAN
                        Assistant United States Attorney