UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE RUBEN B. BROOKS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.  08MJ1064 |
| ) | 08CR1193-DMS |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER MODIFYING |
| ) | CONDITIONS OF |
| **RICARDO PALMER**, ) | PRETRIAL RELEASE |
| ) | |
| Defendant. ) | |
| ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the conditions of pretrial release set in the above-captioned case be modified to allow the defendant to travel to Arizona on Friday May 30, 2008 and return on Saturday May 31, 2008.

All other conditions shall remain as previously set by the Court.

**SO ORDERED.**

Dated:  May 29, 2008

**HONORABLE RUBEN B. BROOKS**
United States Magistrate Judge