KAREN P. HEWITT
United States Attorney
Caroline P. Han
Assistant United States Attorney
California Bar No. 250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone:  (619) 557-5220
Email: caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1193-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO PALMER et al., | ) | **JOINT MOTIONS TO CONTINUE** |
| | ) | **MOTION HEARINGS AND TRIAL** |
| | ) | |
| Defendant. | ) | |

　　　　The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline Han, Assistant United States Attorney, and defendants Ricardo Palmer, Janeen Ochoa, and Annabelle Moraira by and through their respective attorneys, Michelle Betancourt, Michael Crowley, and Michael Messina, herein jointly request this Court to continue the motion hearing currently set for June 6, 2008 at 11:00 am to June 13, 2008 at 11:00 am.  Plea negotiations are ongoing and the parties require additional time to determine if the case can be resolved.

　　　　In the event that this case was not resolved prior to trial, this Court set a motions in limine hearing date for June 27, 2008 at 11:00 am and a trial date for July 7, 2008 at 9:00 am. The United States and the defendants by and through their respective attorneys jointly request this Court to continue the motions in limine hearing date to July 11, 2008 at 11:00 am and the

1  trial date to July 14, 2008 at 9:00 am because neither government counsel nor the case agent
2  will be available in the District on July 7, 2008.
3
4          DATED:        June 4, 2008
5  Respectfully submitted,
6  /s/ *Caroline P. Han*                                          s/Michelle Betancourt
   Caroline P. Han                                                Michelle Betancourt, Esq.
7  Assistant United States Attorney                               Attorney for Defendant Palmer
8
   s/Michael Crowley                                              s/Michael Messina
9  Michael Crowley, Esq                                           Michael Messina, Esq.
   Attorney for defendant Ochoa                                   Attorney for defendant Moraira
10

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,  ) Criminal Case No. 08CR1193-DMS
 )
             Plaintiff, )
 ) CERTIFICATE OF SERVICE
         v. )
 )
RICARDO PALMER et al., )
 )
 )
             Defendants. )

IT IS HEREBY CERTIFIED THAT:

   I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of **JOINT MOTIONS TO CONTINUE MOTION HEARINGS AND TRIAL DATE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   Michelle Betancourt
   Michael Crowley
   Michael Messina
   *Attorneys for the defendants*

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on June 4, 2008.

                         /s/ *Caroline P. Han*
                         _____
                         CAROLINE P. HAN