PS 8C
(05/08)

June 18, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 19 PM 1:05

SOUTHERN DISTRICT OF CALIFORNIA

Petition for Summons for Defendant on Pretrial Release

BY _____ DEPUTY

| | | |
|---|---|---|
| **Name of Defendant:** | Ricardo Palmer (English) | **Dkt No.:** 08CR1193DMS-001 |

**Reg. No.:**  08074-298

**Name of Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Next Court Date:** July 1, 2008, at 2:30 p.m. (Motion Hearing)

**Charged Offense:** 8 USC 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation

**Date Conditions Ordered:** April 7, 2008, before the Honorable Ruben B. Brooks, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C. 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending and be able to legally remain in the United States during pendency of the proceeding.

**Modification:** On May 29, 2008, Judge Brooks modified conditions of release to allow the defendant to travel to the State of Arizona from May 30, 2008 until May 31, 2008.

**Date Released on Bond:** May 9, 2008

**Asst. U.S. Atty.:** Caroline Han
(619) 557-5220

**Defense Counsel:** Michelle Betancourt (Appointed)
Federal Defenders Incorporated
(619) 234-8467

**Prior Violation History:** None

PS 8C
(05/08)

Name of Defendant: Palmer, Ricardo                                    June 18, 2008
Docket No.: 08CR1193DMS-001

Page 2

## PETITIONING THE COURT

### TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Mandatory Condition)** Do not commit a federal, state, or local crime during the period of release | 1. On June 12, 2008, Mr. Palmer was arrested for bringing in illegal aliens without presentation, as evidenced by the complaint filed in the U.S. District Court, Southern District of California, Docket No. 08MJ1852-001. |

*Grounds for Revocation:*
As to the allegation, I received and reviewed the complaint (with the probable cause statement), which confirmed the following: On the above date, Mr. Palmer was spotted, along with one other subject, walking westbound on a trail, which is known for alien trafficking, in Jamul, California. When approached by two U.S. Border Patrol agents, the two individuals fled. After a chase by the U.S. Border Patrol agents, the two individuals were apprehended. When questioned by a U.S. Border Patrol agent, Mr. Palmer indicated he was a United States citizen and admitted to smuggling the other suspect for an amount between $500 and $1000.

On June 16, 2008, a complaint was filed in the U.S. District Court, Southern District of California, Docket No. 08MJ1852-001, charging Mr. Palmer with a violation of Title 18, Section 1324(a)(1), Bringing in Illegal Aliens Without Presentation. A Detention Hearing is scheduled for June 19, 2008, before U.S. Magistrate Judge Nita L. Stormes.

Name of Defendant: Palmer, Ricardo                                                                June 18, 2008
Docket No.: 08CR1193DMS-001

Page 3

---

### SUPERVISION ADJUSTMENT
Mr. Palmer began pretrial supervision on May 9, 2008. Aside from the pending allegations, the defendant has been compliant with all other conditions of release.

Criminal computerized record checks reveal no new arrests or convictions other than the arrest on June 12, 2008.

### RECOMMENDATION/JUSTIFICATION
Pretrial Services recommends the Court order Mr. Palmer to appear on July 1, 2008, at 2:30 p.m., to show cause why his bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: June 18, 2008**

Respectfully submitted:                                          Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____                                     _____
    Kimura Hilton                                                Charlene Delgado
    U.S. Pretrial Services Officer                               Supervising U.S. Pretrial Services Officer
    (619) 446-3730
    Place: San Diego, California

PS 8C
(05/08)

Name of Defendant: Palmer, Ricardo                                  June 18, 2008
Docket No.: 08CR1193DMS-001

                                                                          Page 4

## THE COURT ORDERS:

___✓___ AGREE, order the defendant to show cause why his bond should not be revoked on July 1, 2008, at 2:30 p.m.

_____ Other _____

_____

_____

_____            ___6-18-08___
The Honorable Dana M. Sabraw                     Date
U.S. District Judge