AO 442

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

RICARDO PALMER (1)
Bkg # 08074298

**WARRANT FOR ARREST**

FILED JUN 2 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

CASE NUMBER: 08CR1193-DMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          RICARDO PALMER
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

Failure to appear.

DATE 6/17/08
ARRESTED AND ARRAIGNED BY 6/17/08
Readmitted in Court
Steve Stafford Acting
U.S. MARSHAL, S/CA
BY ____

RECEIVED 2008 JUN 13 P 2:42
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___ See Above ___ United States Code, Section(s) ___

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| J. Klosterman  /s/ JKlosterman | JUNE 13, 2008 in San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___ NO BAIL ___ by ___ The Honorable DANA M. SABRAW ___
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'B'                    ALLIE
   (FTA)