```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE P. HAN
    Assistant United States Attorney
 3  California State Bar No. 250301
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-5220
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED

08 JUL 25 PM 2:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1193-1-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| RICARDO PALMER (1), | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Caroline P. Han, Assistant United States Attorney, and defendant Ricardo Palmer, by and through and with the advice and consent of defense counsel, Michelle Betancourt, Federal Defenders of San Diego, Inc., that:

1. Defendant has knowingly, intelligently, and voluntarily entered into this stipulation and agrees to participate in a full and complete inquiry by the Court to confirm that it has been entered into knowingly, intelligently, and voluntarily.

2. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **July 25, 2008**.

4. The material witness, Gustavo Jaramillo-Delgado, in this case:

   a. Is an alien with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about June 12, 2008;

   c. Was found walking with defendant Ricardo Palmer north of State Route 94 and west of Honey Springs Road in Jamul, California and that defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

   d. Was paying $2,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to her country of origin.

 5. After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from agents regarding any statements made by the material witness provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and,

   c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

 6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

1     Based on the foregoing, the parties jointly move the stipulation into evidence and for the
2 immediate release and remand of the above-named material witness to the Department of Homeland
3 Security for return to their country of origin.
4     It is STIPULATED AND AGREED this date.

5                                           Respectfully submitted,

6                                            KAREN P. HEWITT
                                            United States Attorney

7

8 Dated: 7/25/08

9                                            CAROLINE P. HAN
                                            Assistant United States Attorney

10 Dated: 7/25/08

11                                           MICHELLE BETANCOURT
                                           Defense Counsel for Ricardo Palmer

12

13 Dated: 7/25/08

                                           RICARDO PALMER
14                                            Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Ricardo Palmer           3           08CR1193-1-DMS

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: __7-25-08__ .

_____
United States District Court Judge

Stipulation of Fact and Joint Motion for Release of Material Witness(es) And Order Thereon in United States v. Ricardo Palmer          4                    08CR1193-1-DMS