FILED
2008 SEP 10 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  RICARDO PALMER,  Defendant. | CASE NO. 08CR01193-001-DMS  ORDER |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for October 10, 2008 is vacated and reset to December 5, 2008 at 10:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 9-5-08

Dana M. Sabraw
U.S. District Judge

cc: all counsel of record